

NORTHERN DISTRICT OF FLORIDA
Probation and Pretrial Services
# MEMORANDUM

**DATE:** December 30, 2013

**REPLY TO ATTN OF:** Shea Stallings
U.S. Probation Officer
Panama City Division

**SUBJECT:** **MURPHY, Joanna B.**
**Dkt.: 3:10cr116-001LAC**
**Early Termination Request**

**TO:** The Honorable Lacey A. Collier
Senior United States District Judge
Pensacola Division

On April 12, 2011, Joanna B. Murphy was sentenced to eighteen (18) months incarceration followed by two (2) years supervised release for Bribery of a Public Official. The Court ordered Ms. Murphy to pay a $100 special monetary assessment. At the present time, Ms. Murphy's supervision is scheduled to terminate on September 19, 2014.

Ms. Murphy's reporting record has been satisfactory and she has maintained a stable residence in Defuniak Springs, Florida, with her family. Ms. Murphy is employed by Solid Rock Community Church for janitorial services and maintenance work. All conditions of supervision have been satisfied and Ms. Murphy is in compliance with the conditions of supervised release. She does not present any identifiable risk to either public safety in general or to any identified third party.

Assistant United States Attorney Nancy Hess was contacted and does not object to the early termination.

As noted above, Ms. Murphy has demonstrated compliance with her conditions of supervision, maintained a stable residence and completed all of his special conditions in a timely fashion. Therefore, it is this officer's recommendation that Ms. Murphy be considered for early termination from supervision.

Attached for Your Honor's review is a Probation Form 35, Report and Order Terminating Probation. Should the Court have any questions or need further information, please contact this officer and I will promptly respond.

NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                                     Crim. No. 3:10cr116-001LAC

Joanna B. Murphy

On September 20, 2012 the above named was placed on Supervised Release for a period of two years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Joanna B. Murphy be discharged from Supervised Release.

Respectfully submitted,

Shea Stallings  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _6th_ day of _Jan_, 20_14_.

Lacey A. Collier  
Senior United States District Judge